Entered: September 6th, 2022
Signed: September 6th, 2022
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **Perry Matthew Darby** | * | Case No. 21-17203 |
| | * | Chapter 7 |
| **Debtor (s)** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY LOCATED AT 2336 WILLOW VALE DR., FALLSTON, MD FREE AND CLEAR OF LIENS AND ENCUMBRANCES, AFTER PAYMENT OF THE CLAIMS OF SECURED LENDERS AND THE IRS LIEN RELEASE PAYMENT AND AUTHORITY TO PAY REALTOR**

Upon consideration of the Motion filed by Charles R. Goldstein, Chapter 7 Trustee ("Trustee") for the estate of Perry Matthew Darby (the "Debtor") for Authority to Sell Real Property Located At 2336 Willow Vale Dr., Fallston, MD (the "Property") Free and Clear of Liens and Encumbrances and Encumbrances, After Payment of the Claims of Secured Lenders and the IRS Lien Release Payment and Authority to Pay Realtor (the "Motion") and any objections thereto

FINDING THAT notice of the Motion has been duly given, that the sale of 2336 Willow Vale Dr, Fallston, MD (the "Property") is in the best interest of creditors and this bankruptcy estate, and that the sale of the Property is in compliance with 11 U.S.C. § 363 and should be approved, it is, by the United States Bankruptcy Court for the District of

Maryland, hereby

**ORDERED**, that defined terms shall have the meanings ascribed to them in the Motion; and it is further

**ORDERED**, that the Motion is hereby granted; and it is further

**ORDERED,** that the sale of the Property to the Purchasers is approved; and it is further

**ORDERED**, that the Trustee is authorized to transfer all of the right, title and interest in the Property to the Proposed Buyer and upon payment of the claims of the two (2) Secured Lenders holding Deeds of Trust, as well as the IRS Lien Release Payment, title to the Property is transferred free and clear of all liens and encumbrances; and it is further

**ORDERED**, that the Trustee, or any escrow agent conducting the closing on the sale of the Property, is authorized to pay the Realtor's commission, administrative fee and reimbursement of expenses as set forth in the Motion directly from the proceeds at closing of the sale of the Property; and it is further

**ORDERED,** that any escrow agent conducting the closing on the Property is directed to pay the half of the Net Proceeds[1] of Sale attributable to Ms. Darby (hereinafter "Spousal Net Proceeds") to the Trustee who shall hold such sum in an escrow account pending the final resolution of Ms. Darby's Innocent Spouse Claim (including any appeals therefrom), with such

---

[1] As used in this Order, "Net Proceeds" shall mean the aggregate purchase price *less* the costs of the transaction (brokerage fees, transfer taxes, recordation taxes, reimbursable expenses) *less* amounts necessary to satisfy any liens against the property. Notwithstanding the immediately-preceding terms to the contrary, "Net Proceeds" shall not include the estate carveout or amounts necessary to satisfy any liens in favor of the IRS.

Spousal Net Proceeds either being released to Ms. Darby in total if she prevails on her claims or paid to the IRS to the extent of its remaining claim (if any) if the Debtor prevails and Ms. Darby is not granted innocent spouse status with the balance (if any) to be distributed to Ms. Darby; and it is further

**ORDERED,** that the proposed Carveout to the Estate of $20,525 is approved; ; and it is further

**ORDERED,** that any escrow agent conducting the closing on the Property is directed, after payment of the agreed Carveout to the Estate of $20,525 and Spousal Net Proceeds, to pay the balance of the Net Proceeds to the IRS on account of its lien(s) which payment shall be deemed to be the IRS Lien Release Payment; and it is further

**ORDERED**, that the 14-day stay set forth in Rule 6004(h) of the Bankruptcy Rules is hereby waived.

[signatures on next page]

**READ, AGREED AND CONSENTED TO:**

| | |
|---|---|
| *S/ Alan C. Lazerow, Esq.*<br>Alan C. Lazerow, Esq.<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Maryland<br>36 S. Charles Street, 4th Floor<br>Baltimore, MD 21201<br>(410) 209-4873<br>Alan.Lazerow@usdoj.gov<br>Counsel to the United States of America, on Behalf of the IRS | */S/ Keith M. Lusby, Esq.*<br>Keith M. Lusby, Esq.<br>Gebhardt & Smith LLP<br>One South Street, Suite 2200<br>Baltimore, MD 21202<br>(410) 385-5028<br>klusby@gebsmith.com<br>[Counsel to Wendy Darby] |
| */S/ Charles R. Goldstein*<br>Charles Goldstein, Chapter 7 Trustee<br>111 South Calvert Street, Suite 1400<br>Baltimore, MD 21202<br>111 S. Calvert St., Suite 1400<br>Baltimore, MD 21202<br>(410) 783-6418<br>trustee@3cubed-as.com | */s/Daniel J. Pesachowitz*<br>Daniel J. Pesachowitz, Esquire, Bar No. MD14930<br>Robert A. Jones, Esquire, Bar No. 18707<br>D. Carol Sasser, Esquire, Bar No. 21631<br>Samuel I. White, P.C.<br>596 Lynnhaven Parkway<br>Suite 200<br>Virginia Beach, VA 23452<br>Tel:(757) 490-9284<br>Fax:(757) 497-2802<br>dpesacho@siwpc.com<br>Counsel for Specialized Loan Servicing LLC, as servicing agent for Liberty Savings Bank, FSB |

5

    I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_ on this copy reference the signatures of the consenting parties on the original consent order.

<u>/s/Charles Goldstein, Trustee</u>
Charles R. Goldstein, Trustee

cc:

OUST
Trustee Counsel
Debtors' Counsel

Anne Perrone
Long & Foster Real Estate, Inc.
3004 Emmorton Road
Abingdon, MD 21009

Wayne S. Goddard, Esquire
Senior Counsel to
Dulaney Title & Escrow, LLC
515 E. Joppa Road, Ste. 202
Towson, Maryland 21286

END OF ORDER