Darby Bankruptcy
Case No. 21-17203
Doc 12968895

| | | |
|---|---|---|
| American Honda Finance<br>Attn: National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX  75016 | Bank of America<br>Attn:  Bankruptcy<br>P.O. Box 982238<br>El Paso, TX  79998-2238 | JPMorgan Chase Bank NA<br>Bankruptcy Intake Team<br>700 Kansas Lane, Floor 01<br>Monroe, LA  71203-4774 |
| Comptroller of Maryland<br>Bankruptcy Unit<br>301 W. Preston Street, Room 409<br>Baltimore, MD 21201-2383 | Envlp Ii Llc/fis<br>P.O. Box 2313<br>Bloomington, IL  61702-2313 | Harford County, Maryland<br>Department of Law<br>220 South Main Street<br>Bel Air, MD 21014-3820 |
| Internal Revenue Service<br>Centralized Bankruptcy Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Liberty Savings Bank, FSB<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, Colorado 80111-4720 | Mill City Mortgage Loan Trust 2017-1<br>c/o NewRez LLC d/b/a Shellpoint Mortgage<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| Navient<br>Attn:  Bankruptcy<br>P.O. Box 9640<br>Wilkes-Barr, PA 19773-9640 | Shellpoint Mortgage Service<br>55 Beattie Place, Suite 600<br>Greenville, SC  29601-2165 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD  21201-2226 |
| Wendy Darby<br>2336 Willow Dale Drive<br>Fallston, MD 21047-1302 | Anne Perrone<br>Long & Foster Real Estate, Inc.<br>3004 Emmorton Road<br>Abingdon, MD 21009-2024 | Charles R. Goldstein<br>111 S. Calvert Street<br>Suite 1400<br>Baltimore, MD 21202-6127 |
| Perry Matthew Darby<br>201 International Circle<br>Hunt Valley, MD  21030-1304 | Robert Grossbart<br>Grossbart Portney & Rosenberg<br>One Charles Center<br>100 N. Charles St., 20th Floor<br>Baltimore, MD  21201-3896 | Wendy Ann Leitzer<br>2336 Willow Vale Drive<br>Fallston, MD 210471502 |