IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| PERRY MATHEW DARBY, | * | Case No. 21-17203 (DER) |
| Debtor. | * | Chapter 7 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
TO APPROVE SETTLEMENT WITH DEBTOR
<u>PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019</u>**

Upon consideration of the *Chapter 7 Trustee's Motion to Approve Settlement with Debtor Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "<u>Motion</u>"), seeking approval of a settlement agreement between the Trustee and the Debtor (the "<u>Agreement</u>"), the Court finding that due and proper notice of the Motion has been provided; good cause for the relief in the Motion has been shown; and any objection thereto has been withdrawn or overruled; it is by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement; and it is further

**ORDERED**, that the Motion hereby is **GRANTED** as set forth herein; and it is further

**ORDERED**, that the Agreement, a copy of which is attached as **Exhibit A** to the Motion, is **APPROVED** in its entirety and the terms and conditions thereof are incorporated by reference herein as if fully set forth in this Order; and it is further

**ORDERED**, that the parties are authorized to take any and all actions and execute any and all documents necessary and appropriate to effectuate and consummate the terms of the Agreement; and it is further

**ORDERED**, that this Court retains jurisdiction: (i) to issue any order necessary or appropriate for the interpretation, implementation or enforcement of the Agreement or this Order; and (ii) over any and all disputes between or among the parties thereto, whether in law or equity, arising out of or relating to the Agreement.

## END OF ORDER

cc:  All parties on CM/ECF Service List

*12969075*