United States Bankruptcy Court
District of Maryland

In re:                                                                                                                                     Case No. 21-17203-DER
Perry Matthew Darby                                                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                                       User: admin                                                              Page 1 of 2
Date Rcvd: Aug 01, 2023                           Form ID: pdfparty                                        Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Perry Matthew Darby, 201 International Circle,, Hunt Valley, MD 21030-1304 |
| cr | + | American Honda Finance Corporation, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| r | + | Anne Perrone, Long & Foster Real Estate, Inc., 3004 Emmorton Road, Abingdon, MD 21009-2024 |
| cr | + | Wendy Ann Leitzer, 2336 Willow Vale Drive, Fallston, MD 21047-1502 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2023                               Signature:                 /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Carl Lazerow | Alan.Lazerow@usdoj.gov  Colleen.Nardi@usdoj.gov |
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com |
| Charles R. Goldstein | trustee@3cubed-as.com  MD13@ecfcbis.com |
| Dennis J. Shaffer | dshaffer@wtplaw.com  kmccruden@wtplaw.com,pbowling@wtplaw.com |
| Dorothy Carol Sasser | |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: pdfparty | Total Noticed: 4 |

dsasser@siwpc.com bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Jacob Christian Zweig

jzweig@evanspetree.com crecord@evanspetree.com

Keith M. Lusby

klusby@gebsmith.com

Melissa Goldmeier

melissa.goldmeier@usdoj.gov Tracy.Lichtel@usdoj.gov

Robert Grossbart

robert@grossbartlaw.com debra@grossbartlaw.com

TOTAL: 9

Entered: August 1st, 2023
Signed: August 1st, 2023
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PERRY MATHEW DARBY,** | * | Case No. 21-17203 (DER) |
| Debtor. | * | Chapter 7 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH DEBTOR PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

Upon consideration of the *Chapter 7 Trustee's Motion to Approve Settlement with Debtor Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion"), seeking approval of a settlement agreement between the Trustee and the Debtor (the "Agreement"), the Court finding that due and proper notice of the Motion has been provided; good cause for the relief in the Motion has been shown; and any objection thereto has been withdrawn or overruled; it is by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement; and it is further

**ORDERED**, that the Motion hereby is **GRANTED** as set forth herein; and it is further

**ORDERED**, that the Agreement, a copy of which is attached as **Exhibit A** to the Motion, is **APPROVED** in its entirety and the terms and conditions thereof are incorporated by reference herein as if fully set forth in this Order; and it is further

**ORDERED**, that the parties are authorized to take any and all actions and execute any and all documents necessary and appropriate to effectuate and consummate the terms of the Agreement; and it is further

**ORDERED**, that this Court retains jurisdiction: (i) to issue any order necessary or appropriate for the interpretation, implementation or enforcement of the Agreement or this Order; and (ii) over any and all disputes between or among the parties thereto, whether in law or equity, arising out of or relating to the Agreement.

**END OF ORDER**

cc:  All parties on CM/ECF Service List

*12969075*