# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PERRY MATHEW DARBY,** | * | Case No. 21-17203 (DER) |
| Debtor. | * | Chapter 7 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF OPPORTUNITY TO OBJECT TO CHAPTER 7 TRUSTEE'S MOTION TO APPROVE MODIFICATION OF SETTLEMENT WITH DEBTOR

PLEASE TAKE NOTICE that on March 4, 2025, Charles Goldstein, the Chapter 7 Trustee (the "Trustee") in the chapter 7 case of the above-captioned debtor and debtor-in-possession (the "Debtor"), by counsel, filed his *Motion to Approve Modification of Settlement with Debtor* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief sought in the Motion, stating the facts and legal grounds on which objection is based, must be in writing and filed with the Court and served on counsel for the Trustee (Brent C. Strickland), Whiteford, Taylor & Preston L.L.P., 8830 Stanford Blvd, Suite 400, Columbia MD 21045) so to be actually received by no later than **March 25, 2025** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE THAT IF YOU FILE AN OBJECTION TO THE MOTION, THE COURT MAY SET A HEARING TO CONSIDER THE MOTION; PROVIDED, HOWEVER, THAT THE COURT, IN ITS DISCRETION, MAY CONDUCT A HEARING OR DETERMINE THE MATTER WITHOUT A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED; AND THAT IF NO REPLIES ARE FILED BY THE

OBJECTION DEADLINE, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

                        WHITEFORD, TAYLOR & PRESTON L.L.P.

By: */s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 22704)
8830 Columbia, MD 21045
Columbia, MD 21045
Phone: (410) 347-9402
bstrickland@whitefordlaw.com
*Special Litigation Counsel*
*for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, a copy of the foregoing was served via the Court's CM/ECF system to the parties on the attached service list by first class mail, postage prepaid.

*/s/ Brent C. Strickland*
Brent C. Strickland

2