IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PERRY MATHEW DARBY,** | * | Case No. 21-17203 (DER) |
| Debtor. | * | Chapter 7 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SERVICE LIST

American Honda Finance
P.O. Box 168088
Irving, TX 75016-8088

Chase Card Services
Attn: Bankruptcy
P.O. Box 15298
Wilmington, DE 19850-5298

Harford County, Maryland
Department of Law
220 South Main Street
Bel Air, MD 21014-3820

Liberty Savings Bank, FSB
c/o Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, CO 80111-4720

Shellpoint Mortgage Service
55 Beattie Place, Suite 600
Greenville, SC 29601-2165

Anne Perrone
Long & Foster Real Estate, Inc.
3004 Emmorton Road
Abingdon, MD 21009-2024

Robert Grossbart
Grossbart, Portney & Rosenberg
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201-3896

American Honda Finance Corporation
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-1445

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street, Suite 230
Baltimore, MD 21202-1626

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Mill City Mortgage Loan Trust 2017-1
c/o NewRez LLC dba Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603-0826

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Charles R. Goldstein
Charles R. Goldstein, Chapter 7 Trustee
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666-2500

Wendy Ann Leitzer
2336 Willow Vale Drive
Fallston, MD 21047-1502

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Emvlp Ii LLC/fis
P.O. Box 2313
Bloomington, IL 61702-2313

Navient
Attn: Bankruptcy
P.O. Box 9640
Wilkes-Barre, PA 18773-9640

Wendy Darby
2336 Willow Vale Dr.
Fallston, MD 21047-1502

Perry Matthew Darby
201 International Circle
Hunt Valley, MD 21030-1304