IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PERRY MATHEW DARBY,** | * | Case No. 21-17203 (DER) |
| Debtor. | * | Chapter 7 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the *Motion to Approve Modification of Settlement with Debtor* (the "Motion"), and it appearing that good cause exists for granting the relief requested in the Motion, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Motion be and hereby is **GRANTED**.

**END OF ORDER**