

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PERRY MATHEW DARBY,** | * | Case No. 21-17203 (DER) |
| Debtor. | * | Chapter 7 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER APPROVING MODIFICATION OF SETTLEMENT WITH THE DEBTOR

Upon consideration of the *Motion to Approve Modification of Settlement with Debtor* (the "Motion"), notice thereof having been duly given and no opposition having been timely filed, and it appearing that good cause exists for granting the relief requested in the Motion, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be and hereby is **GRANTED**.

cc: Debtor
    Debtor's Counsel
    Chapter 7 Trustee
    Trustee's Counsel
    All Creditors

**END OF ORDER**